UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SABRINA GENE COHN,<br><br>    Plaintiff,<br><br>    v.<br><br>LAKE STEVENS SCHOOL DISTRICT ET AL.,<br><br>    Defendants. | Case No. C25-1916-JNW<br><br>ORDER GRANTING IFP |

    Because Plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED. However, Plaintiff's Complaint should not be deemed filed until a redacted version is received. *See* Dkt. 4. The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

    Dated this 9th day of October, 2025.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING IFP - 1