UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SABRINA GENE COHN,

                    Plaintiff,

        v.

LAKE STEVENS SCHOOL DISTRICT
et al.,

                    Defendants.

CASE NO. 2:25-cv-01916-JNW

ORDER DISMISSING CASE

On February 19, 2026, the Court ordered Plaintiff Sabrina Gene Cohn to show cause why she had not served Defendants in this matter. The deadline to respond to the Court's order has passed, and Cohn has not responded. The Court warned that failure to respond would result in dismissal of this case without prejudice under Federal Rule of Civil Procedure 4(m). Accordingly, the Court DISMISSES this case without prejudice. The Clerk of the Court is DIRECTED to CLOSE this case and TERMINATE all pending motions and deadlines.

ORDER DISMISSING CASE - 1

Dated this 10th day of March, 2026.

_____
Jamal N. Whitehead
United States District Judge

ORDER DISMISSING CASE - 2